1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

4 | DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359

7 | Facsimile: (415) 436-7234
denise.barton@usdoj.gov

8

Attorneys for Plaintiff

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   CR No. 03-07-70347 BZ
    )

15 |     Plaintiff,    )   STIPULATION AND [PROPOSED] ORDER
    )   CONTINUING THE PRELIMINARY

16 |     v.    )   HEARING AND EXCLUDING TIME
    )

17 | GERALDO RODRIGUES,    )
    )

18 |     Defendant.    )
    )

19

20 |     This matter is set for a Preliminary Hearing on March 7, 2008.  The parties now stipulate

21 | and request that the Court enter an Order that the Preliminary Hearing be removed from the

22 | March 7, 2008 calendar and be continued until March 28, 2008 and that time should be excluded

23 | from the Speedy Trial Act calculations from March 7, 2008 through March 28, 2008 for effective

24 | preparation of counsel.   The parties have been and continue to discuss pre-trial resolution of this

25 | matter and require additional time for the parties to engage in meaningful discussions.  Counsel

26 | for the government was not available for such discussions for most of the past month due to the

27 | fact that she suffered a knee injury on February 2, 2008; underwent surgery on February 20,

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

1

1   2008; and returned to the office on March 3, 2008.  Counsel for the government was out of the

2   office on sick leave for most of this time between February 2, 2008 and March 3, 2008. Further,

3   counsel for the defendant does not believe that it is within his client's best interest to hold a

4   preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).  The parties represent

5   that granting this continuance is necessary for effective preparation of counsel to permit counsel

6   time to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See

7   18 U.S.C. § 3161(h)(8)(B)(iv).

8

9    IT IS SO STIPULATED.

10                                                            JOSEPH P. RUSSONIELLO
                                                             United States Attorney

11

12
    DATED: March 4, 2008                    _____/s/_____
13                                                            DENISE MARIE BARTON
                                                             Assistant United States Attorney

14

15
    DATED: March 4, 2008                    _____/s/_____
16                                                            RONALD C. TYLER
                                                             Attorney for GERALDO RODRIGUES

17

18   **IT IS SO ORDERED.**

19

20      For the reasons stated above, the Preliminary Hearing shall be removed from the March 4,

21   2008 calendar and be continued until March 28, 2008.  The Court further finds that the ends of

22   justice served by the continuance outweigh the best interests of the public and the defendant in a

23   speedy trial and that time should be excluded from the Speedy Trial Act calculations from March

24   7, 2008 through March 28, 2008 for effective preparation of counsel.  See 18 U.S.C.

25   §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant

26   //

27   //

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

1 effective preparation of counsel, taking into account the exercise of due diligence, and would

2 result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

3

4

5 DATED:_ March 4, 2008 _



6 Honorab___
United St___

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

3